IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:96CR00233-19-WRW

TIMOTHY LARONE CURRY

**ORDER**

Pending is Defendant Motion for Expungement (Doc. No. 1331). The Motion is DENIED for lack of jurisdiction.[1]

IT IS SO ORDERED this 19th day of January, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] See *U.S. v. Meyer*, 439 F.3d 855 (8th Cir. 2006) (A district court lacks jurisdiction to expunge a criminal record "based solely on equitable grounds.").

-1-